No. 70–5380.  TRUITT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 70–5382.  BROWN v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 70–5383.  WRIGHT v. NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 70–5386.  BUTLER v. THOMAS, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 70–5387.  HERNANDEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 70–5390.  SHAW v. LAVALLEE, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 70–5391.  WRIGHT v. SLAUGHTER ET AL., DBA DOCTORS BUSINESS BUREAU OF CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 70–5392.  TILLERY v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 70–5393.  BEREZANSKI v. NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 70–5396.  CROW v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 70–5402.  WADE v. TWOMEY, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 70–5403.  CALO v. ZELKER, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 70–5404.  CAPELLO v. COX, PENITENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.